IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JELTRETA TEJEDA,

      Plaintiff,

v.

JOHN DOE (1), JOHN DOE (2),
JOHN DOE (3) and JANE DOE (1)-2,

      Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-432-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                                                      8/23/2016

Peter Oppeneer, Clerk of Court                      Date